etc. Brooklyn, Manhattan and Long Island City Route. Messrs. Simeon B. Chittenden, W. Seward Shanahan and John J. Connelly appointed commissioners. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Henry P. H. Cameron for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Preston A. Vought for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Arcoria Basilio, Respondent, v. John B. McDonald and Andrew Onderdonk, Doing Business under the Firm Name and Style of McDonald & Onderdonk, Appellants.— Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Birkbeck Investment Savings and Loan Company of America, Respondent, v. Joshua Rapf and Others, Appellants.— Motion granted on condition that the appellants pay ten dollars costs and file their papers forthwith. Present — Jenks, Hooker, Rich and Miller, JJ.

Lena C. Buckley, Appellant, v. Frank W. Elstroth, Individually and as Administrator, etc., and Others, Respondents.— Motion denied, without prejudice to a renewal if the appeal is not perfected and the case placed on the next calendar of this court for argument. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

John P. East, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.—Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Johanna Engel, Formerly Johanna Mayer, Respondent, v. Eugene B. Howell, as Receiver of the Long Island Real Estate Exchange and Investment Company, Appellant.— Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Florence B. Friedlander, Appellant, v. William F. Friedlander, Defendant, and Ethel E. Friedlander, Respondent.— Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Samuel Gershefsky, Respondent, v. Myer Bershadsky, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Edward P. Hampson and Others, Respondents, v. James A. Smith, Patrick Skelly and Others, Appellants.— Motion for resettlement of order denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Patrick Langford, Respondent, v. Edward B. Tompkins and Others, Appellants.— Motion denied and stay vacated. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

William Londrigan, Appellant, v. New York Evening Journal Publishing Company, Respondent.— Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Harry Loeb for Admission to the Bar.— Application granted. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

In the Matter of the Application of John C. Oldmixon for a Writ of Mandamus Directing Mr. Justice Kelly to Sign a Warrant of Commitment.— Application for writ of mandamus denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

John Meaney, Respondent, v. Wulf Hurwitz, Appellant.— Motion denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Morris C. Mengis, Respondent, v. Louis Fitzgerald, Appellant.— Motion for stay pending the appeal granted, without costs, on condition that the appellant argue the appeal when reached on the calendar. Jenks, Hooker, Rich and Miller, JJ., concurred.

David Ripley, Respondent, v. James A. Smith, Patrick Skelly and Others, Appellants.— Motion for resettlement of order denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Benjamin Summers, Appellant, v. Samuel Kowsky, Respondent — Motion to dispense with the printing of the two exhibits in question granted, unless the defendant furnishes the plaintiff within ten days with copies of the same as taken from his books. If copies are so furnished, the motion is denied. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.